UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL TUCKER,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO.: 1:21-cv-00284-JRS-DLP<br>) |
| CITY OF INDIANAPOLIS,<br>    Defendant. | )<br>)<br>) |

## ORDER OF DISMISSAL

The Court, having considered the *Agreed Stipulation of Dismissal with Prejudice* filed by the Parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

SO ORDERED.

Date: 1/21/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.